U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08-CV-3149

E.G. SOUTHWORTH,
Appellant,
v.
UAL CORPORATION, et al.,
APPELLEES.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UAL CORPORATION, et al., APPELLEES

| NAME (Type or print) |  |
| --- | --- |
| Michael B. Slade |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Michael B. Slade |  |
| FIRM |  |
| Kirkland & Ellis LLP |  |
| STREET ADDRESS |  |
| 200 East Randolph Drive. |  |
| CITY/STATE/ZIP |  |
| Chicago/IL/60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6274231 | 312.860.2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |