IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.G. SOUTHWORTH, <br><br> Appellant. <br><br> v. <br><br> UAL CORPORATION, et al., <br><br> Appellees. | Case No. 08-CV-3149 <br> The Honorable John W. Darrah <br><br><br> Appeal from Chapter 11 <br> Case No. 02 B 48191 <br> The Honorable Eugene R. Wedoff |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, June 11, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable John W. Darrah in Courtroom 1203, at 219 South Dearborn Street, Chicago, IL 60604, or in his absence, before such judge who may be sitting in his place, and shall then and there present UNITED'S MOTION TO DISMISS APPEAL, a copy of which is attached hereto and hereby served upon you.

Dated: June 4, 2008

Respectfully submitted,

United Air Lines, Inc.

By: __/s/  Michael B. Slade
Michael B. Slade
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Attorney for United

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by overnight mail on the below recipients, this 4th day of June, 2008.

    Edward Southworth

    380 Fort Pickens Road

    Pensacola Beach, FL  32561-2012


        __/s/   Michael B. Slade__