## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Edward G Southworth

                                Plaintiff,

v.                                                          Case No.: 1:08−cv−03149
                                                             Honorable John W. Darrah

UAL Corporation

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable John W. Darrah:Defendants' motion to dismiss the appeal [5] is entered and briefed as follows: response by 7/11/08, reply by 7/25/08. Status hearing set for 9/4/08 at 9:00 a.m.Plaintiff's objections and defendants' reply [7] to the motion to dismiss previously filed, is vacated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.