**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Edward Gordon Southworth_
(Please print)

STREET ADDRESS: _380 Fort Pickens Road_

CITY/STATE/ZIP: _Pensacola Beach, FL 32561_

PHONE NUMBER: _850-572-0853_

CASE NUMBER: _(08C3149)(92 B 48191)_

Signature: _E.V. Southworth_         Date: _06/14/08_

**FILED**
JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT