M/IN

FILED
AUG 21 2008
8-21-2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| E. G. SOUTHWORTH,     EGS) | ) | Case No. 08-CV-3149 |
|     Appellant/Plaintiff | ) | The Honorable John W. Darrah |
| v. | ) | |
| | ) | Appeal from Chapter 11 |
| UAL CORPORATION, et al.,    (UNITED) | ) | Case No. 02 B 48191 |
|     Appellee/Defendant | ) | The Honorable Eugene R. Wedoff |

## APPELLANT'S REBUTTAL OF UNITED'S REPLY IN SUPPORT OF DISMISSAL

Whether or not United avoids remedy under bankruptcy and/or hornbook law, further participation and preaching are pointless. All is filed, subject to law and the jurisdiction of this court.

With United's self-appointed refereeing presumably complete, no disposition of this appeal can change the fact of embezzlement, Appellant's losses or the felon(s) involved.

Either denial or approval of United's motion to dismiss must address both a remedy for the embezzlement not addressed by Judge Wedoff and prosecution of Marian Durkin, et. al.

Respectfully submitted,

E. G. Southworth
380 Fort Pickens Road, Pensacola Beach, FL 32561
(850-572-0853) pro se

7007 0710 0002 4136 1326

Served 08/12/08 by USPO Regular Mail to:

Clerk of THE U. S. STATES DISTRCT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
    219 South Dearborn Street, Chicago, IL 60604
Attorney for United, Michael B. Slade, KIRKLAND & ELLIS LLP, 200 East Randolph Drive,
    Chicago, IL 60601 [fax 312-861-2200]
IRS, Atlanta Service Center, Atlanta, GA 39901-0025
Julie Ann McKenzie, 206 Vista Circle, North Olmsted, OH 44070
PBGC, POB 151750, Alexandria, VA 22315-1750
Representative Jeff Miller (R-FL), 1535 Longworth House Office Building, Washington, DC 20515
Senator Mel Martinez (R-FL), 317 Hart Senate Office Building, Washington, DC 20510
Senator Bill Nelson (D-FL), 716 Hart Senate Office Building, Washington, DC 20510
UAL PDAP Representative (Russell), 100 Half Day Road, POB 1476, Lincolnshire, IL 60069-1476
UAL WHQLD (Attn: John Lakosil), 1200 East Algonquin Road, Elk Grove, IL 60007
United States Attorney General (USAG), 950 Pennsylvania Avenue NW, Washington, DC 20530-0001
United States Department of Labor, Employee Benefits Security Administration (DOL),
    200 Constitution Avenue, N. E. – Suite N-5702, Washington, DC 20210

E. G. Southworth